# CALLAGHAN THOMPSON & THOMPSON, P.A.

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
2428 ATLANTIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
(609) 348-5300
FACSIMILE (609) 345-5989

BRIAN J. CALLAGHAN
EDWARD M. THOMPSON
WILLIAM A. THOMPSON, III

May 22, 2019

Bankruptcy Court Clerk
401 Market Street
Camden, NJ 08102

**Reference:** **Kathy L. Foye**
**Case No. 19-14439-ABA**

Dear Sirs:

In April of this year my office filed a proof of claim in the above matter dated April 2, 2019 on behalf of creditor Galloway Real Estate. I have since been advised that Galloway Real Estate filed its own proof of claim for the same debt. Based upon this, I request that the proof of claim dated April 2, 2019 filed by my office on behalf of Galloway Real Estate be withdrawn.

Thank you.

Very truly yours,

Callaghan, Thompson & Thompson, P.A.

By: _____
William A. Thompson, III

WAT:sgt
CC: Kevin C. Fayette, Esq.
    Isabel C. Balboa, Trustee